**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Manuel AVILEZ–ZAMORA,
Defendant–Appellant.**

No. 06–10582.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Jan. 14, 2007 *.

Filed Jan. 24, 2008.

Lisa Jennis Settel, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gregory A. Bartolomei, Esq., FPDAZ—Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN and PAEZ, Circuit Judges.

MEMORANDUM **

Juan Manuel Avilez–Zamora appeals from the 108–month sentence imposed upon remand following his guilty-plea conviction for conspiracy to commit hostage taking, in violation of 18 U.S.C. §§ 371 and 1203, and conspiracy to harbor illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (a)(1)(A)(v)(I)(II).

We previously held that Avilez–Zamora's plea agreement waived his right to appeal all aspects of his sentence, except for the court's application of grouping under the United States Sentencing Guidelines. *See United States v. Avilez–Zamora*, 168 Fed.Appx. 803 (9th Cir. 2006) (unpublished decision). Avilez–Zamora does not raise any challenge to grouping in his briefs. Accordingly, the law of this case dictates that the appeal waiver in Avilez–Zamora's plea agreement precludes this current appeal. *See id.*; *see also Snow–Erlin v. United States*, 470 F.3d 804, 807 (2006) (holding that the appellate court does not reconsider matters resolved on a prior appeal).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.